UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KERRY ANN VAUGHAN WELLINGTON,

                              Plaintiff,         25 **CIVIL** 3461 (JPC)(RFT)

      -v-                                      **JUDGMENT**

FRANK BISIGNANO,
*Commissioner of Social Security*,

                              Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 27, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      August 27, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                               **BY:**

                                                         **Deputy Clerk**